# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY A. WRIGHT | : | No. 294 MAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| LOWER SALFORD TOWNSHIP | : | |
| MUNICIPAL POLICE PENSION FUND, | : | |
| LOWER SALFORD TOWNSHIP BOARD | : | |
| OF SUPERVISORS, LOWER SALFORD | : | |
| TOWNSHIP MUNICIPAL POLICE | : | |
| PENSION FUND TRUSTEES AND | : | |
| STANDARD INSURANCE COMPANY | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  LOWER SALFORD | : | |
| TOWNSHIP MUNICIPAL POLICE | : | |
| PENSION FUND, LOWER SALFORD | : | |
| TOWNSHIP BOARD OF SUPERVISORS | : | |
| AND LOWER SALFORD TOWNSHIP | : | |
| MUNICIPAL POLICE PENSION FUND | : | |
| TRUSTEES | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.